LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020

FILED on ECF

October 26, 2020

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**MEMORANDUM ENDORSED**

Re:     United States v. Maurice Barnes
        S4 15 Cr. 454 (GHW)

Dear Judge Woods:

I represent Mr. Barnes *pro bono* in connection with a pending motion filed pursuant to 28 U.S.C. §2255, resulting in the Court ordering a hearing  presently scheduled at the Courthouse for November 17, 2020, in connection with Mr. Barnes' potential re-sentencing.  (See ECF Document No. 150 filed 6/30/20). At the time the Court scheduled this hearing, it directed that a revised pre-sentence report be prepared and disclosed to the parties no later than September 30, 2020, and it scheduled dates for the parties sentencing submissions after September 30, 2020.

The parties have not yet received the revised pre-sentence report.  With the Government's consent, I respectfully seek a thirty day adjournment of the hearing, an Order directing the expedited preparation and disclosure of the revised pre-sentence report, and a revised schedule for the filing of the parties sentencing submissions.   There have been no prior requests for adjournments in connection with this §2255 motion.

I thank the Court for its consideration of this request.

Respectfully submitted,

Application granted.  The re-sentencing hearing scheduled on November 17, 2020 is adjourned to January 20, 2021 at 10:00 a.m.  The defendant's submissions with respect to the re-sentencing are due no later than January 6, 2021; the Government's submissions are due no later than January 13, 2021.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 151.

SO ORDERED.

Dated: November 6, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge