UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,      :

                -v-                                  :          1:15-cr-454-GHW-3

    MAURICE BARNES,                 :          ORDER

                              Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In light of the Amended Standing Order entered by Chief Judge Colleen McMahon on January 5, 2021 temporarily suspending certain operations in the Southern District of New York, the Court will adjourn the proceeding scheduled in this matter on January 20, 2021. The parties are directed to confer and to write the Court jointly suggesting one or more mutually agreeable alternative dates for the proceeding.

      SO ORDERED.

Dated: January 6, 2021
                                                                       GREGORY H. WOODS
                                                      United States District Judge