UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                              :

  UNITED STATES OF AMERICA,         :
                              :
                              :
             -v-             :                  1:15-cr-454-GHW-3
                              :
  MAURICE BARNES,               :                 ORDER
                              :
                  Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on February 18, 2021 at 9:00 a.m.  Members

of the public who wish to audit the proceeding may do so using the following dial-in information:

(855) 268-7844; Access Code: 32091812#; PIN: 9921299#

SO ORDERED.

Dated:  February 10, 2021

_____
GREGORY H. WOODS
United States District Judge