

**MEMORANDUM ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2021

**BY ELECTRONIC MAIL**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/2021
```

Re:   *United States* v. *Maurice Barnes*, S4 15 Cr. 454 (GHW)

Dear Judge Woods:

      As Your Honor is aware, defendant Maurice Barnes is presently scheduled to be resentenced by this Court via a remote proceeding on February 18, 2021 based upon his plea of guilty to a Hobbs Act robbery conspiracy charge stemming from his role in robberies of eight commercial establishments in New York City during the period from approximately April 4, 2015 through May 11, 2015. The Government respectfully submits this letter to request, with the consent of Barnes through his counsel (Scott B. Tulman, Esq.), that the remote resentencing be adjourned to a date convenient for the Court during the week of March 15 to 19, 2021 to give the Government's Victim Witness Coordinator (Wendy Olsen Clancy) sufficient time to provide notifications to victims of those robberies of the remote resentencing and to invite them to attend that proceeding if they wish to do so. If the Court grants this joint request of the parties, the Government will plan to submit a letter to the Court at least three days before the new date set for the remote resentencing to update the Court on the results of the Government's Victim Witness Coordinator's efforts to issue such notifications.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s
Samson Enzer
Assistant United States Attorney
(212) 637-2342

Application granted. The remote sentencing hearing currently scheduled for February 18, 2021 is adjourned to March 16, 2021 at 9:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 164.

SO ORDERED.

Dated: February 17, 2021

_____
GREGORY H. WOODS
United States District Judge