```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                       -v-                                   :
                                                             :    1:15-cr-454-GHW-3
                                                             :
   MAURICE BARNES,                                           :         ORDER
                                                             :
                       Defendant.                            :
------------------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on March 16, 2021 at 9:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 32091812#; PIN: 9921299#

SO ORDERED.

Dated: March 11, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge